# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

HEATHER BURKE,

    Plaintiff,

v.                                                                                                No. 16-cv-0470 SMV/JFR

STATE OF NEW MEXICO GENERAL SERVICES
DEPARTMENT, EDWYNN BURCKLE, JAY HONE,
ANGELA DAWSON, BRENDA GUETHS, and
KAREN BALTZLEY,

    Defendants.[1]

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636, D.N.M.LR-Civ. 73.4, and the unanimous agreement of the parties, this case is referred to Karen B. Molzen, United States Magistrate Judge, to facilitate settlement. To that end, Judge Molzen has the authority issue any orders, set any hearings, and otherwise compel the parties and their counsel to participate in settlement negotiations.

**IT IS SO ORDERED.**

                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**
                                                                           **Presiding by Consent**

---

[1] The State of New Mexico is no longer a party in this action. *See* [Docs. 50, 53]. All other Defendants were named in Plaintiff's Amended Complaints [Docs. 53, 54] following remand from the Tenth Circuit.